

# Fourth Court of Appeals
## San Antonio, Texas

January 21, 2014

No. 04-13-00883-CR

Santos **GUEVARA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 4704
Honorable N. Keith Williams, Judge Presiding

## O R D E R

The Appellant's motion to suspend e-filing in this case is GRANTED. Accordingly, appellant's counsel is not required to e-file any documents in this case (motions, brief, etc.). **This applies only to counsel for appellant.**

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of January, 2014.

_____
Keith E. Hottle
Clerk of Court